PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Ste. 720
Riverside, CA 92501
Telephone:      (951) 276-6990
Facsimile:      (951) 276-6973
Email:          Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOHN ARNOT HEWITT, JR.,<br><br>          Debtor. | Case No. 6:14-bk-18280-WJ<br><br>CHAPTER 13<br><br>**UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING ATTORNEY TO FILE DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329 & LOCAL BANKRUPTCY RULE 2016; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EVERETT L. GREEN FILED IN SUPPORT THEREOF**<br><br>Date:     August 26, 2014<br>Time:     3:00 p.m.<br>Place:    United States Bankruptcy Court<br>              Courtroom 304<br>              3420 Twelfth Street<br>              Riverside, CA 92501 |

**TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL, AND ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that on August 26, 2014 at 3:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Wayne E. Johnson, United States Bankruptcy Court Judge, in Courtroom 304 located at 3420 Twelfth Street, Riverside, CA 92501, Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee"), will move this Court for an order requiring Andrew A. Moher of the Law Offices of Andrew A. Moher (collectively, "Moher") to file a disclosure of compensation pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure ("FRBP") 2016.

Moreover, the U.S. Trustee requests that the Court retain jurisdiction to rule on any disgorgement of attorney fees pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2017, if necessary.

This motion is based upon the Notice of Motion, the Motion, the Memorandum of Points and Authorities, the supporting declaration of Everett L. Green ("Green Decl."), the documents on file in the bankruptcy case of John Arnot Hewitt, Jr. ("Debtor"), and on such argument or evidence as may be presented by counsel at the hearing on the motion.

Pursuant to Federal Rule of Evidence 201, the U.S. Trustee also moves the Court to take judicial notice of the docket and all documents filed in this bankruptcy case, including the Debtor's bankruptcy petition and the Debtor's schedules and statements, if any.

1    Local Bankruptcy Rule ("LBR") 9013-1(f) requires that any objection or response to this

2  Motion must be stated in writing, filed with the Clerk of the Court and served on the U.S. Trustee at

3  3801 University Avenue, Suite 720, Riverside, CA 92501, and on the Chapter 13 Trustee, Rod

4  Danielson, 3787 University Avenue, Riverside, CA 92501, at least 14 days before the hearing.

5  Failure to file and serve any opposition may be considered consent to the relief requested in this

6  motion.

7

8  DATED: July 25, 2014                    PETER C. ANDERSON
                                           UNITED STATES TRUSTEE
9

10                                    By:    /s/ Everett L. Green

11                                           Everett L. Green
                                             Trial Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.        SUMMARY OF ARGUMENT

Although Moher assisted the Debtor in filing this case, Moher failed to file a Disclosure of Attorney Compensation, as Section 329(b) and FRBP 2016 require. Consequently, the U.S. Trustee cannot determine the amount of compensation Moher received, and whether it was reasonable. The U.S. Trustee requests that the Court order Moher to file a disclosure of attorney compensation and that the Court also retain jurisdiction over any disgorgement motion.

### II.        JURISDICTION

Jurisdiction over this core proceeding is based on 28 U.S.C. §157(b)(2)(A) and (O), 1334(b), and the General Order of the District Court referring all Title 11 cases and proceedings to the Bankruptcy Court. Venue is appropriate pursuant to 28 U.S.C. §1409(a). Bankruptcy courts have broad and inherent authority to regulate a debtor's attorney's compensation. *Law Offices of Nicholas A. Franke v. Tiffany (In re Lewis)*, 113 F.3d 1040, 1045 (9th Cir. 1997).

### III.        STATEMENT OF FACTS

1.        The Debtor filed a chapter 13 bankruptcy case on June 25, 2014. (Green Decl., Exhibit ("Exh.") 1.)  The Debtor failed to file the mandatory case commencement documents with the bankruptcy petition. (*Id.*)  On July 8, 2014, the Court dismissed the bankruptcy case at the Debtor's request. (Green Decl., Exh. 1.)

2.        Moher represented the Debtor during the pendency of the bankruptcy case. (Green Decl., Exh. 1.) Notwithstanding his representation of the Debtor, Moher did not file a Disclosure of Attorney Compensation on the petition date and, to date, has not filed the compensation disclosure.  (Green Decl. ¶ 2.)

1    **IV.    ARGUMENT**

2        **A.    The Court Should Order Moher to File a Disclosure of Compensation Pursuant**

3            **to Section 329.**

4        Section 329 requires attorneys to file a statement of compensation ("Statement of Attorney

5    Compensation") paid or agreed to be paid within one year of the filing of the petition for services

6    rendered in connection with the case.  FRBP 2016 requires the attorney to file the statement within

7    fourteen days of the filing of the bankruptcy petition. The disclosure requirements of Section 329

8    and FRBP 2016 assist courts in policing fees charged by attorneys who represent debtors.

9    *In re Park-Helena Corp.*, 63 F.3d 877, 881 (9th Cir. 1995).

10        When an attorney fails to file a Statement of Attorney Compensation, that conduct warrants

11   denial of his or her compensation, regardless of whether the compensation is reasonable; a court can

12   order the disgorgement of attorney's fees for the failure to disclose even if the undisclosed facts

13   would not have warranted disgorgement. *Id.* at 882. An attorney who fails to provide complete

14   disclosure may be ordered to disgorge previously paid compensation. *In re Hathaway Ranch*

15   *Partnership*, 116 B.R. 208, 219 (Bankr. C.D. Cal. 1990). [1]

16        Here, Moher failed to file a Statement of Attorney Compensation. Moher's failure to file a

17   Statement of Attorney Compensation frustrates the efforts of the Court, and of parties in interest, to

18   review the reasonableness of the fees Debtor's counsel charged.

19        Review of Moher's fees may or may not be appropriate here, where the Debtor's case was

20   dismissed for failing to comply with case procedural requirements. In any event, the dismissal of

21   the case does not excuse Moher from complying with Section 329 and FRBP 2016.

22   *In re Menk,* 241 B.R. 896, 906 (9th Cir. BAP 1999) (stating that "issues of compensation and

23   sanctions survive dismissal"). Consequently, the Court should order Moher to file a Statement of

24   Attorney Compensation. Additionally, the Court should retain jurisdiction over any matters arising

25

26   [1]        Although Moher's failure to file timely a Statement of Attorney Compensation itself is a
     sufficient basis for disgorgement, the U.S. Trustee is not requesting such relief in this motion;
27   however, the U.S. Trustee reserves his right to request disgorgement solely based upon Moher's
     failure to file timely a Statement of Attorney Compensation.
28

from or related to Section 329, so that the U.S. Trustee, or any other party interest, can file a

disgorgement motion, if appropriate.

**V.**    **CONCLUSION**

  The Court should order Moher to file a Statement of Attorney Compensation. Additionally,

the Court should retain jurisdiction over any matter arising from or related to Section 329.


DATED: July 25, 2014     PETER C. ANDERSON
              UNITED STATES TRUSTEE


           By:  /s/ Everett L. Green
               Everett L. Green
               Trial Attorney

1

## **DECLARATION OF EVERETT L. GREEN**

2        I, Everett L. Green, hereby declare:

3        1.        I am an attorney duly authorized to practice law in the State of California and before

4   this Court.  I serve as a Trial Attorney to the United States Trustee for Region 16, Riverside District

5   Office.  I submit this declaration in support of the U.S. Trustee's Motion.  I make this declaration of

6   my own personal knowledge except where stated on information and belief, and as to such matters I

7   believe that they are true.  If called as a witness, I could and would testify truthfully to the

8   information contained herein.

9        2.        The case commencement documents do not contain a statement of attorney

10  compensation.  A true and correct copy of the petition and other case commencement documents

11  are attached hereto as Exhibit 1.

12       3.        A true and correct copy of the docket is attached hereto as Exhibit 2.

13       I declare under penalty of perjury that the foregoing is true and correct, and that this

14  declaration was executed on July 25, 2014 at Riverside, California.

15                                    /s/ Everett L. Green
16                                    Everett L. Green

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Office of the U. S. Trustee**
**3801 University Ave., #720**
**Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*) **UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING ATTORNEY TO FILE DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329 & LOCAL BANKRUPTCY RULE 2016; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EVERETT L. GREEN FILED IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)   July 29, 2014  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ch. 13 Trustee: Rod (WJ) Danielson (TR)    notice-efile@rodan13.com
Debtor's Counsel: Andrew Moher    amoher@moherlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Robert P Zahradka    ecfcacb@piteduncan.com, RPZ@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)   July 29, 2014         , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Debtor
> John Arnot Hewitt, Jr.
> 74000 Desert Garden Trail
> Palm Desert, CA 92260

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  July 29, 2014   I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Presiding Judge: (overnight mail via Fed Ex)
Hon. Wayne Johnson
3420 Twelfth St., # 385
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 29, 2014 | Bonita DeGrave | /s/ Bonita DeGrave |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

-8-

# Exhibit 1

B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hewitt, John Arnot Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9836** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**74000 Desert Garden Trail**<br>**Palm Desert, CA**<br><br>ZIP Code **92260** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

<table>
<tr><td colspan="2">

**Voluntary Petition**

*(This page must be completed and filed in every case)*
</td><td>

Name of Debtor(s):

**Hewitt, John Arnot Jr.**
</td></tr>
</table>

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.
</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X  /s/ Andrew A. Moher**              **June 25, 2014**
Signature of Attorney for Debtor(s)           (Date)
**Andrew A. Moher**
</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Hewitt, John Arnot Jr.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ John Arnot Hewitt, Jr.**

Signature of Debtor  **John Arnot Hewitt, Jr.**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 25, 2014**

Date

#### Signature of Attorney*

X  **/s/ Andrew A. Moher**

Signature of Attorney for Debtor(s)

**Andrew A. Moher SBN 257605**

Printed Name of Attorney for Debtor(s)

**Law Offices of Andrew A. Moher**

Firm Name

**7061 Clairemont Mesa Blvd #223**
**San Diego, CA 92111**

Address

**Email: amoher @ moherlaw.com**
**619-269-6204  Fax: 619-923-3303**

Telephone Number

**June 25, 2014**                    **SBN 257605**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re   **John Arnot Hewitt, Jr.**

                           Debtor(s)

Case No. _____

Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ John Arnot Hewitt, Jr.**
                                    **John Arnot Hewitt, Jr.**

Date:      **June 25, 2014**

John Arnot Hewitt, Jr.
74000 Desert Garden Trail
Palm Desert, CA 92260


Andrew A. Moher
Law Offices of Andrew A. Moher
7061 Clairemont Mesa Blvd #223
San Diego, CA 92111


Bank Of The West
Attn: Bankruptcy
Po Box 5172
San Ramon, CA 94583


Cal Western Reconveyance
525 E Main St
El Cajon, CA 92020


Chase
Po Box 15298
Wilmington, DE 19850


Wells Fargo
Po Box 60510
Los Angeles, CA 90060


Wells Fargo Bank Nv Na
Attn: Deposits Bankruptcy MAC# P6103-05K
Po Box 3908
Portland, OR 97208


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

# United States Bankruptcy Court
## Central District Of California

In re:
John Arnot Hewitt Jr.

CHAPTER NO.:  13

CASE NO.: 6:14-bk-18280-WJ

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases (Information required by LBR 1015-2 (LBR Form F 1015-2.1))
☑ Notice of Available Chapters signed by Debtor(s). (Official Form B201) [11 U.S.C. § 342(b); Court Manual, section 2-1]
☑ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (Official Form B6 Pg 2)
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; FRBP 2016(b); Court Manual, section 2-1]
☑ Debtor's Certification of Employment Income (Local Form)
☑ Verification of Master Mailing List of Creditors [LBR 1007-1(d)] (Local Form)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002-1(c) and 5005-2, and Court Manual, section 2-1(a)(7).

        Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

        3420 Twelfth Street, Riverside, CA 92501-3819

If you have any questions, please contact the below-referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: June 25, 2014

**By: Angie Jefferson**
    Deputy Clerk

ccdn – Revised 06/2014

1 /

| United States Bankruptcy Court<br>Central District Of California | | |
| --- | --- | --- |
| In re:<br>John Arnot Hewitt Jr. | CHAPTER NO.:  13 | |
| | CASE NO.: 6:14–bk–18280–WJ | |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b)
## AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule A (Form B6A)**
**Schedule B (Form B6B)**
**Schedule C (Form B6C)**
**Schedule D (Form B6D)**
**Schedule E (Form B6E)**
**Schedule F (Form B6F)**
**Summary of Sch (Form B6 Pg 1)**
**Schedule G (Form B6G)**
**Chapter 13 Plan (LBR F3015–1)**
**Schedule H (Form B6H)**
**Schedule I (Form B6I)**
**Schedule J (Form B6J)**
**Decl Re Sched (Form B6)**
**Stmt of Fin Affairs (Form B7)**
**Statement (Form B22C)**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)     File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court.
(See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)
**OR**
(2)     File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                       **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>June 25, 2014</u>                                        By: <u>**Angie Jefferson**</u>
                                                      **Deputy Clerk**

deforco – Revised 06/2014                                                               **1 /**

Exhibit 1, pg. 17

# Exhibit 2



LexisNexis® CourtLink®

Switch Client | My Briefcase | Order Runner Documents | Lexis.com | Sign Out |
Welcome, Green Everett

**Single Search - with Terms and Connectors**

Enter keywords - Search multiple dockets & documents | Search | Info

My CourtLink | Search | Dockets & Documents | Track | Alert | Strategic Profiles | My Account | Court Info

Search > Docket Search > John Arnot Hewitt, Jr.

New Docket Search | Search in Same Court

**Docket Tools**

| Get Updated Docket | Track Docket Activity | Search for Similar | Set Alert for Similar Dockets |
|---|---|---|---|
| This docket was retrieved from the court on 7/25/2014 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case |

[Add to My Briefcase]
[Email this Docket]
[Printer Friendly Format]

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

Retrieve the current **Claims and Creditors** from the court.

**Docket**

Lexis® Web Search is enabled on this docket

## U.S. Bankruptcy Courts

U.S. Bankruptcy - California Central (Riverside)

**6:14bk18280**

**John Arnot Hewitt, Jr.**

**This case was retrieved from the court on Friday, July 25, 2014**

Update Now

**Header**

Case Number: 6:14bk18280
Date Filed: 06/25/2014
Date Proceedings & Schedule Retrieved: 07/25/2014
Chapter: 13

[Summary] [Participants] [Schedule] [Associated Cases] [Proceedings] [Claims] [Total Claims] [Creditors]

**Summary**

Flags: DISMISSED, PlnDue, Incomplete
Case Type: Bankruptcy
Assets: Yes
Vol: Voluntary
Date Proceedings & Schedule Retrieved: 07/25/2014
Judge: Wayne E. Johnson
Disposition: Dismissed for Other Reason

Back to Top

**Participants**

| **Litigants** | **Attorneys** |
|---|---|
| Courtesy NEF<br>Added: 07/01/2014<br>Interested Party | Robert P Zahradka<br>Pite Duncan LLP<br>4375 Jutland Dr Ste 200,POB 17933<br>San Diego CA 92177-0933<br>858-750-7600<br>619-590-1385 fax<br>ecfcacb(at)piteduncan.com<br>Assigned: 07/01/14<br>Interested Party |
| Rod (WJ) Danielson (TR)<br>3787 University Avenue<br>Riverside CA 92501<br>951 826-8000<br>notice-efile(at)rodan13.com<br>Added: 06/25/2014<br>Trustee | |
| John Arnot Hewitt, Jr.<br>74000 Desert Garden Trail | Andrew Moher<br>Law Office of Andrew A Moher |

Palm Desert CA 92260
SSN / ITIN: xxx-xx-9836
Added: 06/25/2014
Debtor

7061 Clairemont Mesa Blvd Ste 223
San Diego CA 92111
619-269-6204
619-923-3303 fax
amoher(at)moherlaw.com
Assigned: 06/25/14
Debtor

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside CA 92501-3200
951 276-6990
951 276-6973 fax
ustpregion16.rs.ecf(at)usdoj.gov
Added: 06/25/2014
U.S. Trustee

Back to Top

## Schedule

| Document No | Deadline/Hearing | Event Filed | Due/Set | SatisfiedDate | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | Aty Disclosure Stmt(Form B203) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Chapter 13 Plan (LBR F3015-1) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Db Cert of Empl Income | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Decl Re Sched (Form B6) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Decl. Pet. Preparer (Form B19) | 06/25/2014 | 07/09/2014 | | 06/26/2014 | |
| 1 | Discl Comp of BPP (Form B280) | 06/25/2014 | 07/09/2014 | | 06/26/2014 | |
| 1 | Exhibit B (Form B1) | 06/25/2014 | 07/09/2014 | | 06/26/2014 | |
| 1 | Incomplete Filings Due | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Notice Avail. Ch. (Form B201) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Pet. Prepr Signature (Form B1) | 06/25/2014 | 07/09/2014 | | 06/26/2014 | |
| 1 | Schedule A (Form B6A) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Schedule B (Form B6B) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Schedule C (Form B6C) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Schedule D (Form B6D) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Schedule E (Form B6E) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Schedule F (Form B6F) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Schedule G (Form B6G) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Schedule H (Form B6H) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Schedule I (Form B6I) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Schedule J (Form B6J) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Statement (Form B22C) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Statistical Sum.(Form B6 Pg 2) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Stmt of Fin Affairs (Form B7) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Stmt. of Related Cases | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Summary of Sch (Form B6 Pg 1) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Verif. of List of Cred(Master) | 06/25/2014 | 07/09/2014 | | 07/08/2014 | |
| 1 | Confirmation Hearing | 06/25/2014 | 08/06/2014 at 01:30 PM | | | Johnson, Wayne E. |
| 5 | 341 Meeting | 06/25/2014 | 08/06/2014 at 08:00 AM | | | |
| 5 | Confirmation Hearing | 06/25/2014 | 08/06/2014 at 01:30 PM | | 07/08/2014 | Johnson, Wayne E. |
| 5 | Objection to Confirmation | 06/25/2014 | 08/06/2014 at 01:30 PM | | 07/08/2014 | Johnson, Wayne E. |
| 5 | Objection 523 Complaint | 06/25/2014 | 10/06/2014 | | 07/08/2014 | |
| 5 | Proof of Claims Deadline | 06/25/2014 | 11/04/2014 | | 07/08/2014 | |
| 5 | Government Proof of Claim | 06/25/2014 | 12/22/2014 | | 07/08/2014 | |

Back to Top

## Associated Cases

**No Information is Available for this case**

Back to Top

## Claims

**No Information is Available for this case**

Back to Top

## Total Claims

**No Information is Available for this case**

Back to Top

## Creditors

**No Information is Available for this case**

Back to Top

## Documents

Retrieve Document(s)

Exhibit 2, pg. 20

| | Availability | # | Date | Details | Source |
|---|---|---|---|---|---|
| | | | | **Items 1 to 18 of 18** | |
| ☐ | Free | 1 | 06/25/2014 | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by John Arnot Hewitt Jr. Summary of Schedules (Form B6 Pg 1) due 07/9/2014. Schedule A (Form B6A) due 07/9/2014. Schedule B (Form B6B) due 07/9/2014. Schedule C (Form B6C) due 07/9/2014. Schedule D (Form B6D) due 07/9/2014. Schedule E (Form B6E) due 07/9/2014. Schedule F (Form B6F) due 07/9/2014. Schedule G (Form B6G) due 07/9/2014. Schedule H (Form B6H) due 07/9/2014. Schedule I (Form B6I) due 07/9/2014. Schedule J (Form B6J) due 07/9/2014. Declaration Concerning Debtors Schedules (Form B6) due 07/9/2014. Statement of Financial Affairs (Form B7) due 07/9/2014. Statement (Form B22C) Due: 07/9/2014. Chapter 13 Plan (LBR F3015-1) due by 07/9/2014. Petition Prep Signature (Form B1) due 07/9/2014. Exhibit B (Form B1) due 07/9/2014. Statement of Related Cases due 07/9/2014. Notice of Available Chapters (Form B201) due 07/9/2014. Statistical Summary (Form B6 Pg 2) due 07/9/2014. Decl. and Signature of Ntc. to Debtor by Non-Atty BK Petition Preparer (Form B19 pages 1 and 2) due by 07/9/2014. Disclosure of Compensation of Bankruptcy Petition Preparer (Form B280) due 07/9/2014. Disclosure of Compensation of Attorney for Debtor (Form B203) due 07/9/2014. Debtor Certification of Employment Income due by 07/9/2014. Verification of Master Mailing List of Creditors (LBR 1007-1(d)- Local Form) due 07/9/2014. Incomplete Filings due by 07/9/2014. (Moher, Andrew) WARNING: Case Not Deficient for Documents: Signature(s) on BPP: Exhibit B: Declaration of non-attorney: Disclosure of BPP. Item subsequently amended by docket entry no. 6. Modified on 6/26/2014 (Jefferson, Angie) (Entered: 06/25/2014) | |
| ☐ | Free | 2 | 06/25/2014 | Declaration Re: Electronic Filing Filed by Debtor John Arnot Hewitt Jr.. (Moher, Andrew) (Entered: 06/25/2014) | |
| ☐ | Free | 3 | 06/25/2014 | Certificate of Credit Counseling Filed by Debtor John Arnot Hewitt Jr.. (Moher, Andrew) (Entered: 06/25/2014) | |
| ☐ | Online | 4 | 06/25/2014 | Statement of Social Security Number(s) (Official Form B21) Filed by Debtor John Arnot Hewitt Jr.. (Moher, Andrew) | |
| | Runner | | 06/25/2014 | Receipt of Voluntary Petition (Chapter 13)(6:14-bk-18280) [misc,volp13] ( 310.00) Filing Fee. Receipt number 37334606. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 06/25/2014) | |
| ☐ | Online | 5 | 06/25/2014 | Meeting of Creditors with 341(a) meeting to be held on 08/06/2014 at 08:00 AM at RM 101, 3801 University Ave., Riverside, CA 92501. Confirmation hearing to be held on 08/06/2014 at 01:30 PM at Crtrm 302, 3420 Twelfth St., Riverside, CA 92501. Proof of Claim due by 11/04/2014. (Moher, Andrew) (Entered: 06/25/2014) | |
| | Runner | 6 | 06/26/2014 | Notice to Filer of Correction Made/No Action Required: Incorrect schedules /statements recorded as deficient. THE PROPER DEFICIENCY HAS BEEN ISSUED. (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor John Arnot Hewitt) (Jefferson, Angie) (Entered: 06/26/2014) | |
| ☐ | Free | 7 | 06/26/2014 | Chapter 13 Procedures Order Signed on 6/26/2014 (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor John Arnot Hewitt). (Gooch, Yvonne) (Entered: 06/26/2014) | |
| ☐ | Online | 8 | 06/28/2014 | BNC Certificate of Notice (RE: related document(s)5 Meeting (AutoAssign Chapter 13)) No. of Notices: 5. Notice Date 06/28/2014. (Admin.) (Entered: 06/28/2014) | |
| ☐ | Online | 9 | 06/28/2014 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor John Arnot Hewitt) No. of Notices: 1. Notice Date 06/28/2014. (Admin.) (Entered: 06/28/2014) | |
| ☐ | Online | 10 | 06/28/2014 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor John Arnot Hewitt) No. of Notices: 1. Notice Date 06/28/2014. (Admin.) (Entered: 06/28/2014) | |
| ☐ | Online | 11 | 07/01/2014 | Request for courtesy Notice of Electronic Filing (NEF) with Certificate of Service Filed by Zahradka, Robert. (Zahradka, Robert) (Entered: 07/01/2014) | |
| ☐ | Free | 12 | 07/08/2014 | Debtor''s Request for Voluntary Dismissal of Ch 13 Case with Certificate of Service Filed by Debtor John Arnot Hewitt Jr.. (Moher, Andrew) (Entered: 07/08/2014) | |
| ☐ | Free | 13 | 07/08/2014 | ORDER and Notice of dismissal arising from debtor''s request for voluntary dismissal of chapter 13 (11 U.S.C. Section 1307(b)) - Debtor Dismissed. (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor John Arnot Hewitt, 5 Meeting (AutoAssign Chapter 13)) (Green, Yolanda) (Entered: 07/08/2014) | |
| ☐ | Online | 14 | 07/08/2014 | Statement Filed by Trustee Rod (WJ) Danielson (TR). (Danielson (TR), Rod (WJ)) (Entered: 07/08/2014) | |
| ☐ | Online | 15 | 07/10/2014 | BNC Certificate of Notice (RE: related document(s)13 ORDER and Notice of arising from Ch 13 db''d req. for vol. dism. (11 U.S.C. Sec. 1307(b)) (BNC)) No. of Notices: 4. Notice Date 07/10/2014. (Admin.) (Entered: 07/10/2014) | |
| ☐ | Online | 16 | 07/14/2014 | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Danielson (TR), Rod (WJ)) (Entered: 07/14/2014) | |
| | Runner | 17 | 07/24/2014 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor John Arnot Hewitt) Confirmation hearing to be held on 8/6/2014 at 01:30 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (Gooch, Yvonne) (Entered: 07/24/2014) | |
| | | | | **Items 1 to 18 of 18** | |

[ Retrieve Document(s) ]

[ New Docket Search ]    [ Search in Same Court ]

LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2014 LexisNexis®. All rights reserved.

Exhibit 2, pg. 21